UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ASHLEY FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19-cv-00050-GFVT-CJS |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| FRANKLIN COUNTY, KENTUCKY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Opinion and Order entered contemporaneously herewith, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of Defendants Rick Rogers, Wes Culbertson, and Franklin County, Kentucky with respect to all issues raised in this proceeding;

2. Judgment is **ENTERED** in favor of the Plaintiff with respect to Count One of the Complaint against Defendant Brandon Price;

3. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 10th day of February, 2023.

Gregory F. Van Tatenhove
United States District Judge